UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Stephanie Baumann v. Bayer Corporation, et al.*  No. 10-cv-12027-DRH

*Michelle Bolin v. Bayer Corporation, et al.*  No. 10-cv-12026-DRH

*Martha Coston v. Bayer Corporation, et al.*  No. 10-cv-12025-DRH

*Lynette Horton v. Bayer Corporation, et al.*  No. 10-cv-12029-DRH

*Esthela Sanchez v. Bayer Corporation, et al.*  No. 10-cv-12032-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  May 21, 2014

Digitally signed by David R. Herndon
Date: 2014.05.21 16:06:46 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**